IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 6:22-cv-318-ADA<br><br>Jury Trial Demanded |

## JOINT MOTION TO TRANSFER VENUE TO AUSTIN DIVISION

Plaintiff LS Cloud Storage Technologies LLC ("LSC" or "Plaintiff") and Defendant Google LLC ("Google") (collectively the "Parties") jointly request that the above-captioned matter, Case No. 6:22-cv-318 (the "Action"), be transferred to the United States District Court for the Western District of Texas, Austin Division, and state as follows:

WHEREAS, on March 25, 2022, LSC filed a Complaint against Google alleging infringement of U.S. Patent No. 10,154,092;

WHEREAS, 28 U.S.C. § 1404(a) provides that, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or *to any district or division to which all parties have consented*" (emphasis added);

WHEREAS, counsel for the Parties have conferred about venue in this Action and have agreed that this Action be transferred in its entirety to the United States District Court for the Western District of Texas, Austin Division;

WHEREAS, for purposes of this Action only, the Parties agree not to contest venue in the United States District Court for the Western District of Texas, Austin Division, and once

transferred to the Western District of Texas, Austin Division, the Parties agree not to, and waive any rights to, further move to transfer this action from the United States District Court for the Western District of Texas, Austin Division, to any other venue, district, or division pursuant to 28 U.S.C. § 1404 or § 1406;

NOW, THEREFORE, LSC and Google jointly move this Court to enter an Order transferring this Action to the United States District Court for the Western District of Texas, Austin Division, a Court of competent jurisdiction and proper venue for this action.

Dated: August 4, 2022

Respectfully submitted,

 /s/ Jeffrey E. Kubiak

 /s/ Brian C. Banner

Ramey LLP
William P. Ramey, III
Texas Bar No. 24027643
Jeffrey E. Kubiak
Texas State Bar No. 24028470
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for LS Cloud Storage Technologies, LLC*

Brian C. Banner (TX Bar No. 24059416)
bbanner@sgbfirm.com
Slayden Grubert Beard PLLC
401 Congress Avenue, Suite 1650
Austin, Texas 78701
(512) 402-3569

Jeannine Yoo Sano
Eric A. Krause
Pan C. Lee
Axinn, Veltrop & Harkrider LLP
560 Mission Street
San Francisco, CA 94105
(415) 490-1491

*Attorneys for Defendant Google LLC*

3

**CERTIFICATE OF SERVICE**

  The undersigned certifies that a true and correct copy of the above and foregoing document has been served on August 4, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

<u>/s/ Brian C. Banner</u><br>
Brian C. Banner