# EXHIBIT B

**Infringement Chart for US 6,549,988 vs. Google**

**Claim 1**

| Claim Language | Google Evidence |
|---|---|
| 1. A computer suitable for use in a data storage system comprising a network interconnecting a plurality of such computers, the computer comprising | The Cloud Storage include is a computer(On-premises) that suitable for use in a data storage system (cloud storage), the data storage system comprising a network interconnecting a plurality of such computers  |

| | |
|---|---|
| | Cloud Storage as a data lake \| Cloud Architecture Center \| Google Cloud<br>Source: https://cloud.google.com/architecture/build-a-data-lake-on-gcp |
| an I/O channel adapter for accepting an incoming I/O request from a host; | Cloud Storage has a first interface configured to receive input/output (I/O) traffic from a first host device via a dedicated I/O channel (traffic from a host device (on-premises sources ), the I/O traffic comprising a read command |



Cloud Storage as a data lake | Cloud Architecture Center | Google Cloud
Source: https://cloud.google.com/architecture/build-a-data-lake-on-gcp

| | |
|---|---|
| configuration manager software for enabling said I/O channel adapter to decide whether (i) to route said request to cache, (ii) to route said request to disk, or (iii) to reject said request; | configuration manager software for enabling said I/O channel adapter to decide whether (i) to route said request to cache, (ii) to route said request to disk, accessed directly (**Access operation**)<br><br>Overview of access control<br><br>You control who has access to your Cloud Storage buckets and objects and what level of access they have.<br><br>Choose between uniform and fine-grained access<br><br>When you create a bucket, you should decide whether you want to apply permissions using *uniform* or *fine-grained* access.<br><br>- **Uniform (recommended)**: Uniform bucket-level access allows you to use Identity and Access Management (IAM) alone to manage permissions. IAM applies permissions to all the objects contained inside the bucket or groups of objects with common name prefixes. IAM also allows you to use features that are not available when working with ACLs, such as IAM Conditions and Cloud Audit Logs.<br>- **Fine-grained**: The fine-grained option enables you to use IAM and Access Control Lists (ACLs) together to manage permissions. ACLs are a legacy access control system for Cloud Storage designed for interoperability with Amazon S3. You can specify access and apply permissions at both the bucket level and per individual object.<br><br>Source: https://cloud.google.com/storage/docs/access-control |
| a network adapter for handling network control traffic; | Cloud Storage comprises network adapter for handling network control traffic |

| | |
|---|---|
| | 

Source: https://cloud.google.com/migrate/virtual-machines/docs/5.0/how-to/second-nic |
| a cache memory; | Cloud Storage **comprises a cache memory** |

| | |
|---|---|
| | ```python
def list_gcs_objects(google_access_key_id, google_access_key_secret, bucket_name):
    """Lists GCS objects using boto3 SDK"""
    # Create a new client and do the following:
    # 1. Change the endpoint URL to use the
    #    Google Cloud Storage XML API endpoint.
    # 2. Use Cloud Storage HMAC Credentials.

    client = boto3.client(
        "s3",
        region_name="auto",
        endpoint_url="https://storage.googleapis.com",
        aws_access_key_id=google_access_key_id,
        aws_secret_access_key=google_access_key_secret,
    )

    # Call GCS to list objects in bucket_name
    response = client.list_objects(Bucket=bucket_name)

    # Print object names
    print("Objects:")
    for blob in response["Contents"]:
        print(blob["Key"])
```<br><br>Source: https://cloud.google.com/storage/docs/migrating |
| front-end software for handling I/O requests arriving at the I/O channel adapter or the network adapter; | Cloud Storage comprises front-end software for handling I/O requests arriving at the I/O channel adapter or the network adapter); |



Cloud Storage as a data lake | Cloud Architecture Center | Google Cloud
Source: https://cloud.google.com/architecture/build-a-data-lake-on-gcp

| | |
|---|---|
| cache manager software, responsive to said front-end software, for handling data stored in said cache memory; and | Cloud Storage comprises cache manager software, responsive to said front-end software, for handling data stored in said cache memory<br><br>Cloud CDN > Documentation > Guides          Was this helpful? 👍 👎<br><br>**Caching overview**          Send feedback<br><br>A cacheable response is an HTTP response that Cloud CDN can store and quickly retrieve, thus allowing for faster load times. Not all HTTP responses are cacheable.<br><br>**Cache modes**<br><br>With cache modes, you can control the factors that determine whether Cloud CDN caches your content.<br><br>Cloud CDN offers three cache modes, which define how responses are cached, whether Cloud CDN respects cache directives sent by the origin, and how cache TTLs are applied.<br><br>The available cache modes are shown in the following table:<br><br>Source: https://cloud.google.com/cdn/docs/caching |
| back-end software, responsive to said configuration manager software, for handling reads | back-end software, responsive to said configuration manager software, for handling reads and writes to disks corresponding to the I/O requests |

| | |
|---|---|
| and writes to disks corresponding to the I/O requests but without communication over the I/O channel adapter, thereby separating disk operations from network and I/O traffic. |  Compute Engine > Documentation > Guides      Was this helpful? 👍 👎<br><br>## Configure disks to meet performance requirements  🔖    [Send feedback]<br><br>### Overview<br><br>This page discusses the many factors that determine the performance of the block storage volumes that you attach to your virtual machine (VM) instances. Before you begin, consider the following:<br><br>- Persistent disks are networked storage and generally have higher latency compared to physical disks or local SSDs. To reach the maximum performance limits of your persistent disks, you must issue enough I/O requests in parallel. To check if you're using a high enough queue depth to reach your required performance levels, see I/O queue depth.<br>- **Make sure that your application is issuing enough I/Os to saturate your disk.**<br>- For workloads that primarily involve small (from 4 KB to 16 KB) random I/Os, the limiting performance factor is random input/output operations per second (IOPS) ↗.<br>- For workloads that primarily involve sequential or large (256 KB to 1 MB) random I/Os, the limiting performance factor is throughput ↗.<br><br>Source: https://cloud.google.com/compute/docs/disks/performance |

9

without communication over the I/O channel adapter, thereby separating disk operations from network and I/O traffic.



Cloud Storage as a data lake | Cloud Architecture Center | Google Cloud
Source: https://cloud.google.com/architecture/build-a-data-lake-on-gcp

| | |
|---|---|
| 2. The system of claim 1 wherein the computers comprise off-the-shelf hardware and operating systems and further comprise: an adapter I/O software for accepting incoming I/O requests from a host; and a volume access table employed by the configuration manager to ensure consistency of data stored on the network. | The computer comprises off-the-shelf hardware<br><br><br><br>Cloud Storage as a data lake \| Cloud Architecture Center \| Google Cloud<br>Source: https://cloud.google.com/architecture/build-a-data-lake-on-gcp<br><br>The computers comprise off-the-shelf operating systems |

| | |
|---|---|
| | Compute Engine > Documentation > Guides    Was this helpful? 👍 👎<br><br>**View operating system details**    Send feedback<br><br>This document describes how to set up and use OS inventory management. For an overview of OS inventory management, see OS inventory management.<br><br>Use OS inventory management to collect and view operating system details for your virtual machine (VM) instances. These operating system details include information such as hostname, operating system, and kernel version. You can also get information about installed OS packages, available OS package updates, and OS vulnerabilities. For a list of common scenarios for using OS inventory management, review When to use OS inventory management.<br><br>Source: https://cloud.google.com/compute/docs/instances/view-os-details |
| 6. A method of accessing a remote disk over a computer network without incurring network overhead, the method comprising the steps of:<br>a. causing a local host to issue a | Google Storage Transfer Service provide a method of accessing a remote disk over a computer network without incurring network overhead |

| | |
|---|---|
| request over an I/O channel to a local computer; | **What is Storage Transfer Service?**<br><br>Storage Transfer Service is a product that enables you to:<br><br>- Move or backup data to a Cloud Storage bucket either from other cloud storage providers or from your on-premises (/storage-transfer/docs/key-terms#on-prem) storage.<br>- Move data from one Cloud Storage bucket to another, so that it is available to different groups of users or applications.<br>- Periodically move data as part of a data processing pipeline or analytical workflow.<br><br>Overview \| Cloud Storage Transfer Service Documentation \| Google Cloud<br>Source: https://cloud.google.com/storage-transfer/docs/overview<br><br><br>Google Storage causes a local host to issue a request over an I/O channel to a local computer; |



Cloud Storage as a data lake | Cloud Architecture Center | Google Cloud
Source: https://cloud.google.com/architecture/build-a-data-lake-on-gcp

| | |
|---|---|
| b. providing a configuration manager on the local computer, the | Google Storage provids a configuration manager on the local computer for Ethernet for network traffic( traffic from a host device (on-premises sources) via a dedicated I/O channel (Dedicated Interconnect Work) at a first interface). |

| | |
|---|---|
| configuration manager routing the request to a remote computer via the computer network; | Dedicated Interconnect overview<br>Source: https://cloud.google.com/storage-transfer/docs/on-prem-overview |
| c. causing the remote computer to check the request against a volume access table; | a volume access table is checked |

> **Setting up private service access**
>
> 1. Create an allocated IP address range within your VPC network for the Cloud Volumes Service mount points.
>
>    You can't modify the IP address range after you establish it and allocate it to a volume, so we recommend allocating a range that is large enough to accommodate future usage. However, if the IP address range allocation is too small, you can add additional CIDR ranges. For more information, see Adding CIDR ranges.
>
>    - The CVS-Performance service type needs a minimum CIDR block of /24 (16 /28 CIDR blocks, which each have 16 IP addresses). Some addresses in the block are used for CVS internal needs, leaving 11 addresses for your volumes from a /28 block. Larger blocks support additional region and project pairs. For example, a /32 block supports up to 32 combinations of region and consumer service project pairs.
>    - The CVS service type (Standard-SW) needs a minimum CIDR block of /25 (128 addresses). This supports up to the maximum 100 volumes for each project (for each zone or region, depending on the service level). A larger block can support more region and project pairs. Cross-region access isn't supported.
>    - Shared VPC is supported for the CVS and CVS-Performance service types. For shared VPC networks, peering is done from the host project only. Each service project in an additional region uses an additional CIDR block of /28 from the VPC range.
>
> Source: https://cloud.google.com/architecture/partners/netapp-cloud-volumes/setting-up-private-services-access

| | |
|---|---|
| d. causing the remote computer to perform an I/O operation on a disk located on the remote computer and to return data to the local computer; e. causing the local computer to provide the returned data to the local host via the I/O channel; and f. causing the local computer to check the data against the volume access table to ensure consistency of the data on the local and the remote computers. | causing the remote computer to perform an I/O operation on a disk located on the remote computer (remote access) .causing the local computer to check the data against the volume access table to ensure consistency of the data on the local and the remote computers.<br><br>3. Enable custom route propagation:<br><br>CVS service type example:<br><br>```<br>gcloud \<br>    --project=my-cvs-prj compute networks peerings update netapp-sds-nw-customer-peer \<br>    --network=production-vpc1 \<br>    --import-custom-routes \<br>    --export-custom-routes<br>```<br><br>CVS-Performance service type example:<br><br>```<br>gcloud \<br>    --project=my-cvs-prj compute networks peerings update netapp-cv-nw-customer-peer \<br>    --network=production-vpc1 \<br>    --import-custom-routes \<br>    --export-custom-routes<br>```<br><br>4. Check that the connection is established:<br><br>```<br>gcloud \<br>    --project=my-cvs-prj services vpc-peerings list \<br>    --network=production-vpc1<br>```<br><br>Source: https://cloud.google.com/architecture/partners/netapp-cloud-volumes/setting-up-private-services-access |